IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARCY AGUIRRE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Acting Commissioner of Social Security;<br><br>　　　　　Defendant. | 8:20CV246<br><br>ORDER |

This matter is before the Court on the plaintiff's motion for leave to proceed in forma pauperis, Filing No. 2. The Court has reviewed the motion, including the affidavit of the plaintiff, and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis, Filing No. 2, is granted.

Dated this 14th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge